IN THE CIRCUIT COURT OF ELMORE COUNTY, ALABAMA

RECEIVED
2006 MAR -1  P 2: 59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CHARLESTYNE BICKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-08 |
| ) | |
| MEDTRONICS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Larry Dozier
Circuit Court of Elmore County
8935 U.S. Highway 231, North
Wetumpka, Alabama 36092-0310

Paul C. Garrison
Hollis & Wright, P.C.
1750 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

Please take notice that defendant Medtronic, Inc., incorrectly identified in plaintiff's complaint as "Medtronics, Inc." has this day filed in the United States District Court for the Middle District of Alabama, Northern Division, a Notice of Removal of this action to federal court. Pursuant to 28 U.S.C. § 1441 et seq. and the Notice of Removal, this action has been removed to the United States District Court for the Middle District of Alabama, Northern Division. Notice of the filing of this Notice of Removal (a copy of which is attached hereto) is

hereby given to this Court in accordance with 28 U.S.C. § 1446(d).

Respectfully submitted, this 22 day of February, 2006.

*[signature]*

Edward S. Sledge, III      SLE003
Frederick G. Helmsing, Jr.      HEL014

Attorneys for Defendant Medtronic, Inc.

**OF COUNSEL:**

**McDOWELL KNIGHT**
  **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22 day of February, 2006, served a true and correct copy of the foregoing on below-listed counsel of record to this proceeding, by United States mail, properly addressed and first class postage prepaid.

*[signature]*

**COUNSEL OF RECORD:**

Paul C. Garrison
HOLLIS & WRIGHT, P.C.
1750 Financial Center
505 North 20th Street
Birmingham, Alabama 35203