**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CHARLESTYNE BICKLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06cv169-WHA |
| ) | |
| **MEDTRONIC,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

COMES THE PLAINTIFF, Charlestyne Bickley, pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure,* and gives notice to this Honorable Court and to all counsel of record that the above-captioned cause is dismissed without prejudice.

Respectfully submitted,


s/Paul C. Garrison_____


OF COUNSEL:

**HOLLIS & WRIGHT, P.C.**
1750 Financial Center
505 North 20th Street
Birmingham, AL  35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward S. Sledge, III
Frederick G. Helmsing, Sr.
MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
Post Office Box 350
Mobile, AL 36602
(251) 432-5300

              s/Paul C. Garrison_____