IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLESTYNE BICKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv169-WHA |
| | ) |
| MEDTRONIC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #3), filed on March 1, 2006, and the Defendant not having filed an Answer, it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 2nd day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE